DAVID W. KEEN, Respondent, v. MOSES H. LEVIN and Others, Appellants, Impleaded, etc.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MORRIS BECKER, as Administrator, etc., of BELLA BECKER, Deceased, Respondent, v. ANNA MEROVITZ and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.; Dowling, P. J., and Proskauer, J., dissent and vote for reversal and a new trial.

In the Matter of the Judicial Settlement of the Account of Proceedings of UNITED STATES TRUST COMPANY OF NEW YORK, as Substituted Trustee, etc., of SAMUEL WILLETS, Deceased.— Decree, so far as appealed from, modified so as to direct that the sum of $41,362.73, with the accrued interest thereon from June 17, 1927, be paid to the appellant as sole surviving grandchild, and that the balance of the fund in the hands of the trustee, less the accrued income due the estate of the annuitant, be divided among the residuary legatees according to their respective interests. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ADAM POSTIGLION, as Administrator, etc., of ANNA POSTIGLION, Deceased, Respondent, v. NORTHERN UNION GAS COMPANY, Appellant, Impleaded, etc.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.; Dowling, P. J., and Proskauer, J., dissent.

HYMAN H. GOLDBERG, Respondent, v. ARTHUR BLANK and Another, Individually and as Copartners, etc., Appellants.— Interlocutory judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

RAY ROSENBLUTH, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ROSE DOWNS, Appellant, v. CONSOLIDATED GAS COMPANY OF NEW YORK, Sued Herein as " CONSOLIDATED GAS CO.," Respondent, Impleaded, etc.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

BOND SHOE COMPANY, INC., Appellant, v. UNITED SAND AND GRAVEL CORPORATION and Others, Respondents, Impleaded, etc.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

GEORGE R. DYER and Others, Appellants, v. BROADWAY CENTRAL BANK, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ENDICOTT-JOHNSON CORPORATION, Respondent, v. ALEXANDER FOLDESY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.